# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**CHRISTOPHER SMITH** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>CASE NUMBER: **2:13CR00130-030**<br>USM NUMBER: 36553-379 |

☐ See Additional Aliases.

Robert G. Vela
Defendant's Attorney

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s)  1, 2, and 3  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report and Submit Monthly Supervision Reports | 12/17/2014 |
| 2 | Failure to Report Change in Residence | 08/25/2014 |
| 3 | Leaving the District without Permission | 12/17/2014 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0766

Defendant's Date of Birth: XX/XX/1985

Defendant's Residence Address:
Danbury, Texas

Defendant's Mailing Address:
Danbury, Texas

February 19, 2015
Date of Imposition of Judgment

*Hayden Head* (signature)
Signature of Judge

**HAYDEN HEAD**
**SENIOR U. S. DISTRICT JUDGE**
Name and Title of Judge

February 19, 2015
Date

DEFENDANT: **CHRISTOPHER SMITH**
CASE NUMBER: **2:13CR00130-030**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  12 months.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That this offender recieve mental health treatment while in the Bureau of Prisons.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ by _____  ☐ a.m.  ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL